Exhibit A to the Complaint

**Location:** Los Angeles, CA  
**Total Works Infringed:** 35  
**IP Address:** 172.91.24.204  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: ED3D79FFE111C98B93B1C7BC0BD85679C7021253<br>File Hash:<br>472B68F43EA56A2FE0F1709D547711545BEC79F0680D2718F683FF85D34052AE | 04-24-2022 20:19:59 | Vixen | 04-02-2021 | 06-09-2021 | PA0002295593 |
| 2 | Info Hash: 0A91A64EEB95EE327D89FBB73BE6412E01287AAC<br>File Hash:<br>D760DFE1654DE173524F4E31CEFA83A21F2322929CEBD03AAFEAB7A917C327BD | 04-24-2022 20:14:27 | Tushy | 01-16-2022 | 03-04-2022 | PA0002345785 |
| 3 | Info Hash: C9C42C08E1280A6B9E274FE4534A769ACB2B96DD<br>File Hash:<br>681DD5C4B0494BFC1CF4B0AE132F0B1361284BBF488A8D49A7029401CD55105E | 04-24-2022 20:13:48 | Blacked | 07-17-2021 | 08-02-2021 | PA0002305089 |
| 4 | Info Hash: C50A97142F035C9274F254D942B2345522D8160C<br>File Hash:<br>E102DEE5B7978779E9BB196352C2916F671A0235B243982BBA8CA075337E7BCC | 04-24-2022 20:13:29 | Tushy | 11-14-2021 | 01-07-2022 | PA0002337916 |
| 5 | Info Hash: 94C4283D7D752C88C3322E5C31A46249E0EC81DF<br>File Hash:<br>CAE1B04269B88568C50DFC0EC014A366D81AB204BB9E9569A1148414512D82B3 | 04-21-2022 23:17:34 | Blacked Raw | 04-18-2022 | 04-23-2022 | PA0002346421 |
| 6 | Info Hash: 63416FBECE88046452134555765F068A164AE51D<br>File Hash:<br>FB4CABEEEB4EA49D9FD7E248E3647721AD32B89F7854B3ED4801D4F66A2AA262 | 04-21-2022 23:05:56 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |
| 7 | Info Hash: 41B9096615FF294EFEDFF42BCC3ECCDAA0995D65<br>File Hash:<br>2EE66FF9981F894019BCF2A2479BEE32ABA6C2E16B91BB51B415750A635A5F42 | 04-08-2022 17:36:43 | Blacked Raw | 04-04-2022 | 04-23-2022 | PA0002346436 |
| 8 | Info Hash: 565347F653FD68A49CA99EF8F935C90C6D89F73F<br>File Hash:<br>71A21BB55022E5899568ABCCB462522BB285FB827DC9DFCF551628A79C44DC5A | 04-02-2022 23:58:26 | Blacked Raw | 03-28-2022 | 04-23-2022 | PA0002346413 |
| 9 | Info Hash: 53284BEA030F77E8D72E64CF21538792AA1A6D28<br>File Hash:<br>14B495039DE23A9E6269065B84491C1DC3D5812ADBBD948A6155B291A1F4BEBA | 03-12-2022 05:45:00 | Blacked | 03-05-2022 | 03-29-2022 | PA0002342848 |
| 10 | Info Hash: 043224958D2CCCE410C8A057A1D48992FEC6351B<br>File Hash:<br>42B1720CC0A71D34C95F141CC6BF8A3ECB28164A77584ADA2D957B0036FA0C20 | 03-02-2022 06:35:49 | Blacked Raw | 02-28-2022 | 03-29-2022 | PA0002342857 |
| 11 | Info Hash: FFB6EDFA66EEEF53EA113883593C28EC6BCE89A1<br>File Hash:<br>DA2409230A42FC45846820181027589052AE7C23274AA50393F3E49B9D372671 | 03-02-2022 06:34:03 | Blacked | 02-26-2022 | 03-29-2022 | PA0002342860 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: B11D65B46997FB948247704D480A59B97A084E66<br>File Hash: B4905B6163DDE828F4EDE084FE51837B48BEFC8C5FE6B3675F95030DF6057626 | 02-23-2022 21:47:37 | Blacked Raw | 02-21-2022 | 03-29-2022 | PA0002342850 |
| 13 | Info Hash: 8FEAD2D5206128559411B2D9173B583C12FFD8CE<br>File Hash: DABB7E3D1E94B788F234065544FAEBC3502297E7688253F22423CDFD9A44BA4F | 02-23-2022 21:46:20 | Blacked | 02-19-2022 | 03-29-2022 | PA0002342851 |
| 14 | Info Hash: 04D415428D0D6FBD8333BF782C3B04302F330608<br>File Hash: 230D8B723460AAED625E8061256C222919BA7023E4338949D6876C61DC01F139 | 02-13-2022 23:53:48 | Blacked | 02-12-2022 | 02-14-2022 | PA0002335505 |
| 15 | Info Hash: 27AE1E1034EA8BB067DFE05D0C8A6F35A4A4C51D<br>File Hash: CDD56A4C5055860375D8539B9F2524A4013525256F75F6D3168EE368B7F65D3F | 02-08-2022 23:32:58 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 16 | Info Hash: F850B2E65D4011A0EDF9553E2325FCD0CECE6610<br>File Hash: 57217D6F574AEE7D7EBDEEE3FA75808CECF2585D713C5775924398A58A904E79 | 02-08-2022 23:32:51 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 17 | Info Hash: 38856E8221163E61FE1FFDD6F16DB04F6FD9A997<br>File Hash: 392BE7F0E7CD46BA8BEC64D001F612052E124E978B64BF716E88985153B2A83F | 02-08-2022 23:31:48 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 18 | Info Hash: EE2CA58C2A46E20FA3839073BDDCFA3DB81B90BE<br>File Hash: 82DA4A086D5323C656BF520DFBA2B87340264CC91F5F2E90651682B3C8020FE4 | 02-08-2022 23:31:21 | Blacked Raw | 01-31-2022 | 02-14-2022 | PA0002335501 |
| 19 | Info Hash: 3533BFE2853463A8CE4FF8CE760540696A30A521<br>File Hash: ED70630D11F5DF0483E9DB9EBF530C1AF63E53E9AA47A88FE6AEE10CBC8536B4 | 01-30-2022 23:27:05 | Blacked Raw | 01-24-2022 | 02-14-2022 | PA0002335489 |
| 20 | Info Hash: E2CB26C3D2C3EC278298F91941C5C4AE135342D7<br>File Hash: D971851573FD82D8A9FA817C600ADDD55B382EC6E7928E06468182B5B659FA96 | 01-25-2022 00:04:04 | Blacked Raw | 12-13-2021 | 01-17-2022 | PA0002330111 |
| 21 | Info Hash: 913885D3B87700091A4E253453FB93DDE01B2F73<br>File Hash: AF932BA43279C78B514C0330473D3F436257AC0C8002D9EB9F093303008F4636 | 01-22-2022 23:10:38 | Blacked | 01-22-2022 | 02-14-2022 | PA0002335440 |
| 22 | Info Hash: EF2CDF3A60F1FFA0BAE6B499695A13DC9730AE16<br>File Hash: F27CF6C99194E08DA6CC2C43998FEC7E07D2B9F09E297FB77E5FEBBFFBCC7CD2 | 01-21-2022 07:52:59 | Blacked Raw | 01-17-2022 | 03-04-2022 | PA0002345790 |
| 23 | Info Hash: ACD5866E4689EEAA725C36A93B1640560BAB0750<br>File Hash: EFF6053E86D6B492C52D58EFB0357986F5994750EA2634832BF38611965CAA2A | 01-12-2022 21:18:36 | Blacked | 01-08-2022 | 01-17-2022 | PA0002330123 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 6902DC672B3C032B826DC579A9CD497D8DC64E25<br>File Hash:<br>753E8924910F86A17C85115140D693CE2FD664EA1FF132F5554CA0CBB66FC0D2 | 01-12-2022 21:18:31 | Blacked Raw | 01-10-2022 | 02-14-2022 | PA0002335456 |
| 25 | Info Hash: 99CA9E13E224230C3E636CEC268039EFBA511E52<br>File Hash:<br>9EAC2C57CDF5500693BC1E2C8687E25A82189FBF53F026146E286B5976F5F37F | 01-12-2022 21:16:35 | Blacked Raw | 01-03-2022 | 01-17-2022 | PA0002330091 |
| 26 | Info Hash: F491E98F15C829B918E94EDC62F86FC9F5FDF9C8<br>File Hash:<br>1B3F1DA51F73F9333F96A92475051A292BFACA76CB7EF662457FB18470D95BBC | 01-06-2022 01:15:54 | Blacked | 09-22-2019 | 10-07-2019 | PA0002205469 |
| 27 | Info Hash: F25817E594908EA8A9E9E38596A20DA2D2230ADA<br>File Hash:<br>1C87A9DA1C044AB0BB163AF53D4AFC3207AB4AB9F481586EF90413379D95FF70 | 01-06-2022 01:07:11 | Vixen | 04-09-2019 | 04-29-2019 | PA0002169963 |
| 28 | Info Hash: E683F0F9D186007A2269919B201A6997AE284B76<br>File Hash:<br>1A3D11C207A9B9819A46E23EACE12C46F903C0B3BA95A9D0A9F39C71C8B26552 | 01-06-2022 01:06:11 | Tushy | 08-14-2019 | 09-17-2019 | PA0002216214 |
| 29 | Info Hash: 46BB176456B6FAED37E8E0F5601E6D803F4494CE<br>File Hash:<br>A723898E3804C044A68C4BBB45FFFA9111A143DEE68C3BB8C37BFC93A08588B8 | 01-06-2022 01:06:01 | Blacked Raw | 05-17-2019 | 07-05-2019 | PA0002206002 |
| 30 | Info Hash: DFEBDE1F0440B91F41FD2995753F356B9B050507<br>File Hash:<br>21FACA4786223C2EE40D7C7AA6245D84FE8C091BA279FECBE626371FC32FEB2F | 01-01-2022 22:28:30 | Tushy | 11-21-2021 | 12-09-2021 | PA0002325830 |
| 31 | Info Hash: CCB9E55E86A2B9DCA817559173CE152D89FEE149<br>File Hash:<br>4E474BFF18A07AB53426EF3C92839F50B199C4A94F789FCB7CC7611C2DA7C3D9 | 01-01-2022 22:28:25 | Blacked | 12-18-2021 | 01-17-2022 | PA0002330124 |
| 32 | Info Hash: 4218B961D29C31239ED69A0F7FA40164D32E4289<br>File Hash:<br>2B06F52E0DDA0AA7FC3F5B6E253187C6D4EA477085C000A74A4600ECEC814AE2 | 01-01-2022 22:25:59 | Tushy | 05-24-2020 | 06-16-2020 | PA0002253262 |
| 33 | Info Hash: 4942B26E65DF128854B844B35AB6AF20B3B289F2<br>File Hash:<br>CB10299C3EEC78FA0D9219A52B89DC3EEC9548B9EEF182D9A55A81F195FB17B4 | 01-01-2022 22:21:47 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |
| 34 | Info Hash: 5029C453454EB441DBCE3309353F8A37540142FC<br>File Hash:<br>D294A9AD2AA3888AE44DB63505DB1284E5D1E2E9D756CB3346D93BF7C2C9F9D6 | 01-01-2022 22:21:40 | Blacked | 08-14-2021 | 08-23-2021 | PA0002308398 |
| 35 | Info Hash: E078B84E2961C5CBE891F39D63B85A576897E52F<br>File Hash:<br>C1D0623A72047DE21B1893F87BAF08BDA03686FEBAA0E67DEC4BF173D6B3E231 | 01-01-2022 22:19:07 | Tushy | 11-29-2020 | 01-04-2021 | PA0002277033 |